No. 319. MANNIE & CO. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. October 14, 1946. Porter substituted for Bowles as respondent. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Nicholas J. Pritzker* and *Stanford Clinton* for peti-

tioners. *Solicitor General McGrath, John R. Benney* and *David London* for respondent.